```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN DLUGOLECKI,

                              Plaintiff,                              21-CV-05696 (GHW)(SN)

           -against-                                          **ORDER**

OATH, INC.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On November 15, 2021, the Honorable Gregory H. Woods referred this case to be for general pretrial supervision and all dispositive motions. The parties have requested that the deadlines in the Case Management Plan and Scheduling Order, ECF No. 9, be extended. The parties' request is GRANTED. Fact discovery shall conclude by January 7, 2022. Expert discovery shall conclude by February 25, 2022. The joint pretrial order remains due 30 days from the close of discovery, or if any dispositive motion is filed, 21 days from the Court's decision on such motion. Additionally, no later than December 3, 2021, the parties shall file a letter regarding the status of discovery.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                November 17, 2021